AO 257 (Rev. 6/78)

E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

---- DEFENDANT - U.S. ----

▶ JOEL GUERRERO-BEJINES

**DISTRICT COURT NUMBER**

CR 08-414 CW

FILED JUN 25 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

---- PROCEEDING ----

**Name of Complaintant Agency, or Person (&Title, if any)**

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

---- DEFENDANT ----

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution
Santa Clara Jail

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ 5/29/2008  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____  Month/Day/Year

---

**Name and Office of Person Furnishing Information on THIS FORM**  JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  ANDREW S. HUANG, AUSA

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
**Defendant Address:**

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

JOEL GUERRERO-BEJINES,
a/k/a Antonio Barajas Anguano, Gonzalo Ramirez Bejines, Joel Guerrero, Joel Guerrera, Joel Guerrero-Bejunez, Rodolfo Hernandez, Pedro Navarro, Antonio Ramos-Arrollo, Joel Bejinez, Del Guerrero Bejinez, Joel Guerrero Bejinez, Gonzalo Ramirez Contreras, Bejines Joel Guerrero, Omar Bajines Guerrero, Joel Guerrero-Bejines, Bejines Joel Guerro, Rodolfo Garcia Hernandez, Antonio Ramos, Jaime Salcedo-Mendoza, and
Francisco Trujillo,

**CR08-414 CW**

DEFENDANT.

---

# INDICTMENT

8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in
the United States

---

A true bill.

_____
Deputy Foreman

Filed in open court this _____ day of _____

_____
Clerk

No bail warrant

Bail, $ _____

FILED 2008 JUN 25 PM 1:35 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
2008 JUN 25 PM 1:35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL GUERRERO-BEJINES,<br>a/k/a Antonio Barajas Anguano, Gonzalo Ramirez Bejines, Joel Guerrero, Joel Guerrera, Joel Guerrero-Bejunez, Rodolfo Hernandez, Pedro Navarro, Antonio Ramos-Arrollo, Joel Bejinez, Del Guerrero Bejinez, Joel Guerrero Bejinez, Gonzalo Ramirez Contreras, Bejines Joel Guerrero, Omar Bajines Guerrero, Joel Guerrero-Bejinez, Bejines Joel Guerro, Rodolfo Garcia Hernandez, Antonio Ramos, Jaime Salcedo-Mendoza, and Francisco Trujillo,<br><br>Defendant. | Criminal No. CR08-414 CW<br><br>VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

1. Prior to March 2, 2007, defendant JOEL GUERRERO-BEJINES was convicted of at least one crime punishable by a term of imprisonment exceeding one year.

INDICTMENT

2.     On or about September 29, 1987, on or about February 24, 1989, on or about January 16, 2000, on or about March 5, 2002, and on or about March 2, 2007, defendant JOEL GUERRERO-BEJINES was removed, excluded, and deported from the United States.

3.     After March 2, 2007, defendant JOEL GUERRERO-BEJINES knowingly and voluntarily reentered and remained in the United States.

4.     On or about April 17, 2008, in the Northern District of California, the defendant,

JOEL GUERRERO-BEJINES,

an alien, was found in the United States without having obtained the express consent of the Attorney General and the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED: June 25, 2008      A TRUE BILL.

Deputy FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA HUANG

INDICTMENT      2