BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, California 94607
Telephone: (510) 637-3500

Counsel for Defendant GUERRERO-BEJINES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0414   CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF SUBSTITUTION OF |
| | ) | ATTORNEY |
| JOEL GUERRERO-BEJINES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the

above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

undersigned counsel, Assistant Federal Public Defender Joyce Leavitt, enters her general

appearance for defendant in place of Assistant Federal Public Defender Jerome Matthews.

Counsel's contact information is listed above.

Dated: June 27, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

JOYCE LEAVITT
Assistant Federal Public Defender