UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 7/9/08**

**Plaintiff:** United States

**v.**                                          **No.** CR-08-00414 CW

**Defendant:** Joel Guerrero-Bejines (present - in custody
                                      interpreter used)

**Appearances for Plaintiff:**
Doug Sprague for Andy Huang

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**
Ines Swaney (Spanish - sworn)

**Probation Officer:**


**Speedy Trial Date:**


Hearing:  Trial Setting

**Notes:**    The was the defendant's first appearance before District Judge.  Defense has just received discovery.  Defense requests continuance to look at discovery; defense thinks there will be a plea.  **Case continued to 8/6/08 at 2:00 p.m. for trial setting or motions setting or disposition.**  Defense to let Court know at that time if there will be any motions.  Time excluded for effective preparation and continuity of counsel

Copies to: Chambers