UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 8/6/08**

**Plaintiff:**   United States

**v.**                                             **No.**  CR-08-00414 CW

**Defendant:**   Joel Guerro-Bejines (present - in custody
                                     interpreter used)

**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**
Monique Inciarte (Spanish - sworn)

**Probation Officer:**


**Speedy Trial Date:**


   **Hearing:   Trial Setting or Motions Setting or Disposition**

**Notes:**     Defendant will be entering a change of plea, but needs criminal history.  Case referred to Probation to prepare a PSR for criminal history only.  **Case continued to 8/13/08 at 2:00 p.m. for change of plea; Case also continued to 8/27/08 at 2:00 p.m. for sentencing.**

Copies to: Chambers; probation