UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



FILED
AUG - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: CR08-00414 CW

Defendant's Name: Joel Guerro-Bejines

Defense Counsel: Joyce Leavitt AFPD

Referral Date: 8/6/08

Sentencing Date: 8/27/08

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

____ Presentence Investigation

__X__ Pre-Plea Report  *Criminal History only*

____ Bail Investigation

____ Bail Supervision

____ Postsentence Investigation

____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: Yes

Is defendant English-speaking? No  Spanish

cc: U. S. Probation