UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 8/13/08

**Plaintiff:** United States

**v.**                                                    **No.** CR-08-00414 CW

**Defendant:** Joel Guerrero-Bejines (present - in custody)

**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**
Angela Zawadzki (Spanish - sworn)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:  Change of Plea**

**Notes:**    Defense has proposed plea agreement, but need needs to refer to deportation hearing.  Government either has the 2nd tape in its possession or will get it; defense then needs to do motion research and see if there are any motions to file.  **Case continued to 9/3/08 at 2:00 p.m. for disposition or motions setting or trial setting.** Time excluded for effective preparation.

Copies to: Chambers