**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOEL GUERRERO-BEJINES,

    Defendant.
_____/

No. CR 08-00414 CW

CLERK'S NOTICE
CONTINUING HEARING

    Notice is hereby given that the change of plea/sentencing hearing, previously set for August 27, 2008, is continued to **September 3, 2008, at 2:00 p.m.,** for disposition or motion setting or trial setting, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 8/26/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk

cc: U.S. Probation