UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson (pro tem)
**Date:** 9/3/08

**Plaintiff:** United States

**v.**                                                           **No.** CR-08-00414 CW

**Defendant:** Joel Guerrero-Bejines (present - in custody
                                      interpreter used)

**Appearances for Plaintiff:**
Andy Huang

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**
Monique Inciarte (Spanish - sworn)

**Probation Officer:**


**Speedy Trial Date:**


    **Hearing:** Disposition or Motions Setting or Trial Setting

**Notes:**    Defense has proposed plea agreement but needs to go over changes with defendant.  Defense has received tapes but needs to review them; however, defense does not think there will be any motions to file. **Case continued to 9/17/08 at 2:00 p.m. for disposition or trial setting.** Time excluded based on consideration of plea agreement; government to submit proposed plea agreement to Court.

Copies to: Chambers